No. 531. ALTON *v.* ALTON. Certiorari, 347 U. S. 911, to. the United States Court of Appeals for the Third Circuit. Argued April 7, 1954. A rule is ordered to issue, returnable within ten days, requiring the parties to show cause why the judgments should not be vacated and the case dismissed by the trial court as moot. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration or decision of this question.

No. 117. FEDERAL COMMUNICATIONS COMMISSION *v.* AMERICAN BROADCASTING CO., INC., *ante,* p. 284;

No. 118. FEDERAL COMMUNICATIONS COMMISSION *v.* NATIONAL BROADCASTING CO., INC., *ante,* p. 284; and

No. 119. FEDERAL COMMUNICATIONS COMMISSION *v.* COLUMBIA BROADCASTING SYSTEM, INC., *ante,* p. 284. The motion of Francis Emmett Williams for leave to intervene as *amicus curiae* and to file a petition for rehearing is denied.

No. 539, Misc. JOHNSON *v.* UTAH. Application denied.

No. 547, Misc. DAUGHARTY *v.* GLADDEN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 120. LUMBERMEN'S MUTUAL CASUALTY CO. *v.* ELBERT. C. A. 5th Cir. Certiorari granted. *Joseph H. Jackson* for petitioner.

No. 609. UNITED STATES *v.* KOPPERS COMPANY, INC. Court of Claims. Certiorari granted. *Solicitor General Soboloff* for the United States. *David W. Richmond, Robert N. Miller, Frederick O. Graves, E. S. Ruffin, Jr.* and *C. M. Crick* for respondent.